UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20488-CR-LENARD/TORRES

UNITED STATES OF AMERICA,

vs.

JERREARO LEONARD MACKEY,

       Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon oral motion of the United States to pronounce forfeiture and to include forfeiture as part of the judgment entered against the defendant. The Court having entered forfeiture as part of its judgment against defendant on November 17, 2007, and the Court having directed the United States to submit a proposed forfeiture order, and having reviewed the record, it is hereby

ORDERED that:

1.    All right, title and interest of JERREARO LEONARD MACKEY in the following property is hereby forfeited to the United States of America pursuant to Title 18, United States Code, Section 924(d):

    a.    one (1) Jimenez Arms .9 mm revolver, bearing serial Number 051616;

    b.    Twenty seven (27) rounds of .9 mm ammunition;

    c.    Thirty five (35) rounds of .25 caliber ammunition;

    d.    Twenty three (23) rounds of .22 caliber ammunition; and

      e.      Twenty four (24) rounds of .40 caliber ammunition.

2. Agents from Immigration and Customs Enforcement, or any duly authorized law enforcement official, shall take such actions as are necessary to complete the forfeiture of the property identified herein above as forfeited under this order pursuant to Title 21, United States Code, Section 853(g).

3. To the extent required by law, the United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order as required by Title 21, United States Code, Section 853(n)(6). The notice shall state that any person, other than Defendant, having or claiming a legal interest in the property ordered forfeited by this Order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and that the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4. The United States may provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

It is further ORDERED that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to Title 21, United States Code, Section 853(n)(7), this Order shall be deemed a Final Order of Forfeiture, and agents of Immigration and

Customs Enforcement or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

DONE AND ORDERED in Miami, Florida, this 20th day of November, 2007.

*[signature]*
ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE